IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO 6:15-CV-00059 |
| | § | |
| BITCO GENERAL INSURANCE | § | JURY TRIAL DEMANDED |
| CORPORATION, f/k/a BITUMINOUS | § | |
| CASUALTY CORPORATION; and | § | |
| BITCO NATIONAL INSURANCE | § | |
| COMPANY, f/k/a BITUMINOUS | § | |
| FIRE AND MARINE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

Christian Hurt
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: christianhurt@nixlawfirm.com

Mr. Hurt respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

/s/
**CHRISTIAN HURT**
STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
christianhurt@nixlawfirm.com

**ATTORNEY FOR PLAINTIFF
INTELLECTUAL VENTURES II, LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 9TH day of February, 2015.

/s/
**CHRISTIAN HURT**