IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Intellectual Ventures II LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:15-CV-59-JRG |
| | § | LEAD CASE |
| **Bitco General Insurance Corp., f/k/a,** | § | |
| **Bituminous Casualty Corp.; and** | § | JURY TRIAL DEMANDED |
| **Bitco National Insurance Co., f/k/a** | § | |
| **Bituminous Fire and Marine Insurance Co.,** | § | |
| | § | |
| *Defendants.* | § | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Docket Control Order (Dkt. No. 52), Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures") and Defendants hereby submit this Joint Claim Construction Statement.

(a) **The construction of those claim terms, phrases, or clauses on which the parties agree;**

With regard to U.S. Patent No. 7,516,177, the parties have agreed to the construction of "indicia" as "an indicator."

(b) **Each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses;**

See Exhibit A, attached hereto containing the Parties' proposed constructions for each disputed claim term of U.S. Patent Nos. 7,516,177 and 8,929,555.

**(c) The anticipated length of time necessary for the Claim Construction Hearing**

The parties expect the Claim Construction Hearing to require 3 hours, with 1.5 hours allocated per side.

**(d) Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing, the identity of teach such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert; and**

Neither party intends to call any witnesses at the Claim Construction Hearing.

**(e) A list of any other issues which might appropriately be take up at a prehearing conference prior the Claim Construction Hearing, and proposed dates, if not previously set, for any such prehearing conference.**

Neither party is aware of any issues necessitating a prehearing conference.

Date:  September 16, 2015

Respectfully submitted,

/s/ Christian Hurt
_____
**DEREK GILLILAND**
STATE BAR NO. 24007239
**EDWARD CHIN**
STATE BAR NO. 50511688
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915

JOINT CLAIM CONSTRUCTION STATEMENT

**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**BEN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH, L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
benking@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFF INTELLECTUAL VENTURES II LLC**

/s/ Vernon M. Winters

**Vernon M. Winters**
California State Bar No. 130128
(Admitted to the E.D. Tex. Bar)
vwinters@sidley.com
**Alex Baxter**
California State Bar No. 281569
(Admitted to the E.D. Tex. Bar)
abaxter@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
(415) 772-7400 fax

**Russell E. Cass**
Illinois State Bar No. 9624437
(admitted pro hac vice)

rcass@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 fax

**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
(214) 981-3300
(214) 981-3400 fax

**Erik J. Carlson**
California State Bar No. 265167
ecarlson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6614
(213) 896-6600 fax

*Counsel for Defendants and Counterclaimants BITCO General Insurance Corp., f/k/a, Bituminous Casualty Corp.; and BITCO National Insurance Co., f/k/a Bituminous Fire and Marine Insurance Co; and Great West Casualty Company.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served on all counsel who have consented to electronic service on this the 16th day of September, 2015.

/s/ Christian Hurt
_____
**NIX PATTERSON & ROACH, L.L.P.**