# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Intellectual Ventures II LLC,** § § | |
| *Plaintiff*, § § | |
| v. § § | **Case No. 6:15-CV-59-JRG** |
|  § § | **LEAD CASE** |
| **Bitco General Insurance Corp., f/k/a,** § | |
| **Bituminous Casualty Corp.; and** § | |
| **Bitco National Insurance Co., f/k/a** § | |
| **Bituminous Fire and Marine Insurance Co.,** § § | |
| *Defendants*. § | |

| | |
|---|---|
| **Intellectual Ventures II LLC,** § § | |
| *Plaintiff*, § § | |
| v. § § | **Case No. 6:15-CV-60-JRG** |
| **Great West Casualty Company,** § § § | |
| *Defendant*. § | |

## FOURTH AMENDED DOCKET CONTROL ORDER

In accordance with the Order Granting Motion for Continuance (Dkt No. 120), it is hereby ORDERED that the Docket Control Order (Dkt. No. 52, previously amended in Dkt. Nos. 92, Dkt. No. 100, and Dkt. No. 109) is amended and the following schedule of deadlines is in effect until further order of this Court:

| Original Date | New Date | Event |
| --- | --- | --- |
|  | September 12, 2016 | *Jury Trial – 9:00 a.m. in **Tyler, Texas** before Judge Rodney Gilstrap |
| July 11, 2016 | September 12, 2016 | *Jury Selection – 9:00 a.m. in **Tyler, Texas** before Judge Rodney Gilstrap |
| June 13, 2016 | August 10, 2016 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| June 8, 2016 | August 8, 2016 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*.  The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| June 6, 2016 | August 5, 2016 | *File Joint Pretrial Order, Proposed Jury Instructions, Proposed Verdict Form, and Responses to Motions *in Limine* |
| May 30, 2016 | July 29, 2016 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| May 23, 2016 | July 22, 2016 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| May 23, 2016 | July 22, 2016 | Serve Objections to Rebuttal Pretrial Disclosures |
| May 16, 2016 | July 15, 2016 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |

| | | |
|---|---|---|
| May 2, 2016 | July 1, 2016 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| April 4, 2016 | June 3, 2016 | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| April 4, 2016 | June 3, 2016 | Deadline to Complete Expert Discovery |
| March 23, 2016 | May 23, 2016 | Serve Disclosures for Rebuttal Expert Witnesses |
| March 2, 2016 | May 2, 2016 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| February 29, 2016 | April 29, 2016 | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| February 22, 2016 | April 22, 2016 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| February 8, 2016 | April 29, 2016 | *Deadline to File Letter Briefs Regarding Dispositive Motions |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**So ORDERED and SIGNED this 2nd day of February, 2016.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE